1
2
3
4
5
6
7
8

JS-6

9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

| DAVID BOORSTEIN, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:11-cv-02328-AHM-AGRx |
|---|---|---|
| Plaintiff, | ) ) ) ) | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE TO ANY PUTATIVE CLASS CLAIMS** |
| vs. | ) ) ) ) | |
| AMAZON.COM, INC., a Delaware corporation, | ) ) ) | [F.R.C.P. 41(a)(1)(ii)] |
| Defendant. | ) ) ) ) ) | [Assigned to the Hon. A. Howard Matz] |

20
21
22
23
24
25
26
27
28

LA 51521269

1

## <u>ORDER</u>

2

    Having considered the Stipulation of Dismissal With Prejudice as to Individual

3

Claims and Without Prejudice as to Putative Class Claims (the "Stipulation") filed by

4

plaintiff David Boorstein ("Plaintiff") and defendant Amazon.com, Inc. ("Amazon"),

5

that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this entire action shall

6

be, and is, dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against

7

Amazon on an individual basis, and WITHOUT PREJUDICE as to the claims, if

8

any, of putative class members,

9

    **IT IS HEREBY ORDERED** that the Stipulation is GRANTED and the

10

above-captioned action is hereby dismissed WITH PREJUDICE as to all claims

11

asserted by Plaintiff against Amazon on an individual basis and WITHOUT

12

PREJUDICE as to the claims, if any, of putative class members.

13

    **IT IS SO ORDERED.**

14

15

Dated: March 16, 2012

16

17

_____

THE HON. A. HOWARD MATZ

18

UNITED STATES DISTRICT JUDGE

19

    **JS-6**

20

21

22

23

24

25

26

27

28

- 1 -